IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEVIN B. HARRIS,** | ) | **CASE NO. 8:07CV395** |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DOUGLAS COUNTY SHERIFF'S DEPARTMENT,** | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Amend Memorandum and Order Regarding Filing Fees. (Filing No. 16.) In his Motion, Plaintiff requests that the court amend its previous Memorandum and Order which granted Plaintiff in forma pauperis status and permitted him to pay the court's filing fee over a period of time in accordance with the Prisoner Litigation Reform Act. The court has carefully reviewed Plaintiff's Motion and finds that there is no reason, nor any statutory authority, for modifying its previous order.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend Memorandum and Order Regarding Filing Fees (Filing No. 16 ) is denied.

DATED this 29th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge