IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN B. HARRIS,                    )
                                    )
             Plaintiff,             )          8:07CV395
                                    )
        v.                          )
                                    )
JOHN DOE A, Douglas County          )          ORDER
Sheriff, JOHN DOE B, Douglas        )
County Sheriff, and JOHN DOE        )
C, Douglas County Sheriff,          )
                                    )
             Defendants.            )
                                    )

        The parties have not submitted a proposed order on final
pretrial conference as directed in the order of November 14, 2008
(filing no. 24).

        IT THEREFORE HEREBY IS ORDERED,

        1.  The pretrial conference that was set for June 15, 2009
is cancelled.

        2.  The parties are given until June 28, 2009 to submit the
proposed final pretrial conference order, in the absence of which
this case will be subject to dismissal.

        DATED this 28th day of May, 2009.

                                BY THE COURT:

                                s/ *David L. Piester*

                                David L. Piester
                                United States Magistrate Judge